James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Nadia M. Bishop (State Bar No. 182995)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Email: jmwood@reedsmith.com
       cdavies@reedsmith.com
       nbishop@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832
Attorneys for Defendant
Eli Lilly and Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA HOLLOWELL AND EDWARD HOLLOWELL,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | No.: C 05 4832 JSW<br><br>Before the Honorable Jeffrey S. White<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND ORDER THEREON**<br>Conference Date:   July 21, 2006<br>Conference Time:   1:30 p.m.<br>Location:   Courtroom 2, 17th Fl., SF |

Pursuant to this Court's Order Setting Initial Case Management Conference ("CMC"), Plaintiffs Anita Hollowell and Edward Hollowell ("Plaintiffs"), and Defendant Eli Lilly and Company ("Lilly"), submit the following Case Management Conference Statement:

Plaintiffs and Lilly request that this Court take the July 21, 2006, CMC off-calendar or continue the CMC for approximately 120 days. This case falls within the purview of Multidistrict Litigation Proceeding No. 1596 – *In re Zyprexa Products Liability Litigation* ("MDL Proceeding"). This case will be transferred to the MDL. On May 1, 2006, the Judicial Panel on Multidistrict Litigation issued a Conditional Transfer Order. On May 17, 2006, the MDL Clerk issued a letter

1  ordering the transferee clerk to file the Judicial Panel on Multidistrict Litigation's order transferring
2  this case, as well as others. A copy of that letter (and copy of the Conditional Transfer Order) is
3  attached as Exhibit A.

5  In short, because this case will be transferred to the MDL, there is no need for a CMC on
6  July 21, 2006, or early ADR. Accordingly, Plaintiffs and Lilly request the CMC be taken off-
7  calendar, or be continued 120 days, by which time this case will most likely have been transferred to
8  the MDL.

10  DATED: July 14, 2006.

REED SMITH LLP

By _____
James M. Wood (SBN 58679)
Nadia M. Bishop (SBN 182995)
Attorneys for Defendant
Eli Lilly and Company

DATED: July 14, 2006.

LEVIN, SIMES, KAISER & GORNICK LLP

By _____
Lawrence J. Gornick
Emily Charley
Attorneys for Plaintiffs Anita Hollowell, et al.

Pursuant to the parties' representations, the Case Management Conference set for July 21, 2006 is HEREBY VACATED. If this matter is not transferred, the parties shall submit a joint request to put the matter back on the Court's calendar.

IT IS SO ORDERED.

July 17, 2006

_Jeffrey S. White_

No.: C 05-4832 JSW — 2 — DOCSOAK-9826389.1
Joint Case Management Conference Statement